
FILED
U.S. DISTRICT COURT
DIV.

2011 SEP 30 PM 3: 24

CLERK R. [signature]
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| STEVEN CLARK; MARK PIERCE; and TROY WILLIAMS, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO. CV511-096<br>) |
| v. | )<br>) |
| RANDY ROYAL, Sheriff; Captain STAPLETON; Lt. RYALS; and Lt. BRYAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MAGISTRATE JUDGE'S ORDER AND REPORT AND RECOMMENDATION

Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 challenging the conditions of their confinement. All Plaintiffs have moved to proceed in *forma pauperis*. Plaintiffs have attempted to file a single action in order to circumvent or pro-rate payment of the filing fee. The Prison Litigation Reform Act of 1996 ("PLRA") provides that a prisoner bringing a civil action in forma pauperis must pay the full filing fee. *See* 28 U.S.C. § 1915(b). The Eleventh Circuit Court of Appeals has determined that the language of the PLRA requires each prisoner to pay the full amount of the filing fee or face dismissal of his case. Hubbard v. Haley, 262 F.3d 1194, 1197-98 (11th Cir. 2001).

In light of this decision, Plaintiffs' request to proceed in forma pauperis is hereby **DENIED** and this case should be **DISMISSED**, without prejudice. Plaintiffs should be allowed to refile their complaints individually.

**SO ORDERED** and **REPORTED AND RECOMMENDED**, this 30th day of September, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)