AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
2011 OCT 27 PM 1:06
CLERK _____
SO. DIST. OF GA.

STEVEN CLARK; MARK PIERCE; )
and TROY WILLIAMS, )
                              )    CIVIL ACTION NO. CV511-096
        Plaintiffs,       )
                              )
           v.                    )
                              )
RANDY ROYAL, Sheriff; )
Captain STAPLETON; Lt. RYALS; )
and Lt. BRYAN, )
                              )
        Defendants.     )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiffs' complaint is **DISMISSED** without prejudice. If Plaintiffs desire to pursue their claims, they may refile their complaints individually. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 27 day of October, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA